# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3572
_____

TRAVIS LEE PARKER,

Appellant,

v.

SANDI SINGLETARY PARKER n/k/a
SANDI SINGLETARY GRANT,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

June 6, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anna (Dina) F. Foster and Matthew E.W. Bryant of Pennington, P.A., Tallahassee, for Appellant.

No appearance, for Appellee.